Helen Mustafa
530 Carriage Shop Road
East Falmouth, MA 02536

September 10, 2020

SEP 15 2020 AM 11:53
FILED-USDC-CT-HARTFORD

United States District Court
Office of the Clerk, Suite A012
450 Main Street
Hartford, CT 06103

Re: 3:19-cv-01780-VAB Mustafa v. Stanley et al

Mr. Justin C. Mustafa asked me to advise the Court of his new address. Yes, he was moved again.

I am his Grandmother and hold his Power of Attorney.

Respectfully,

Helen Mustafa

New address:

Justin C. Mustafa #W105856
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324



United States District Court
Office of the Clerk, Suite A612
450 Main St.
Hartford, CT 06103



Helen Mustafa
530 Carriage Shop Rd.
East Falmouth, MA 02536

CERTIFIED MAIL

7017 0440 0000 5987 2097

U.S. POSTAGE PAID
FCM LETTER
TEATICKET, MA
02536
SEP 11, 20
AMOUNT $2.55

X-RAY SCAN