

# Notification of Hearing for Sexual Treatment Need Score Based on Non-Conviction Information
## Connecticut Department of Correction

C10
REV
01/13/12

| Inmate name | MUSTAFA, JUSTIN | Inmate number: | 428663 |
|---|---|---|---|
| Facility: | WALKER CI | Date: | 01/08/2019 |

### REASON FOR NOTIFICATION

The Classification Manual provides that a Sexual Treatment Need Score, greater than 1, be assigned if an offender has a **record or known history** of problematic sexual behavior, including the receipt of disciplinary reports that are sexual in nature. Nolled, acquitted, dismissed, dropped or withdrawn information which is part of a crime resulting in a conviction may be used to determine the need scores when the description of the crime from police reports, PSI's, or other reliable investigative reports contain information of problematic sexual behavior. Substitute Information (SI) may also be used if a description of the original charge is inclusive in the official report of the convicted offense. Your criminal history indicates you have engaged in criminal conduct that appears to be sexual in nature. Therefore, you may receive a discretionary Sexual Treatment Need Score due to the reason(s) listed below. A hearing will be held to review the reasons for a possible score greater than 1. You will be able to comment and/or provide documentation at the hearing. This score will be made available to the Board of Pardons and Parole, and staff of Parole and Community Services and Probation.

**Original Charge(s) or Information relied upon:**
Massachusettes Inmate Mustafa, Justin #428663 has been convicted of Assault & Battery which according to the police report included the following sequence of events: on 7/1/13 Mustafa, Justin #428663 put his male dog on his bed, directed the female victim to take her clothes off and to perform fellatio on the animal all while he filmed it with his cell phone. The report states that Mustafa, Justin #428663 told the victim that he would "use the video as blackmail against her and show all of her family and friends". Based on the sexual nature of this offense, a hearing will be conducted to determine an appropriate sex treatment need score.

Additional Information relied upon attached? Y/ N

Your hearing review will occur on **Date: 01/11/2019   Time:_____** at which time you can provide information regarding the assignment of your Sexual Treatment Need Score.

**I understand that for safety and security purposes, I shall not retain a copy of this document.**

| Inmate signature: REFUSED TO SIGN | Date: 1/8/19 |
|---|---|
| Staff Name: SHMEY CJ  Print Name and Title   Signature | Date: 1/8/19 |

Staff witness shall indicate if inmate refuses to sign by initialing ___ refused to sign.

Distribution:   Inmate master file, Section 5.

DEPO #1

| Inmate Request Form<br>Connecticut Department of Correction | CN 9601<br>REV 1/31/09 |
|---|---|

| Inmate name: MUSTAFA, JUSTIN | Inmate number: 428663 |
|---|---|
| Facility/Unit: WALKER CI | Housing unit: B-1 | Date: 1/7/19 |

Submitted to: CAPTAIN STANLEY

Request:

THIS CRAZY LITTLE SEX OFFENDER MEETING YOU PEOPLE WANT TO HAVE YOU CAN HAVE WITHOUT ME THERE. I AM REFUSING TO TAKE PART IN THAT NONSENSE LET IT BE NOTED, IF THIS FACILITY ENROLLS ME IN ANY "SEX OFFENDER TREATMENT" YOU ARE SUBJECTING YOURSELVES TO A LAWSUIT. I AM NOT A SEX OFFENDER, DID NOT REQUIRE SEX OFFENDER TREATMENT IN MASSACHUSETTS AND DO NOT REQUIRE ANY HERE. SOMEBODY NEEDS TO CONTACT MASS D.O.C.

Previous action taken:

Acted on by (print name): _____   Title: _____

Action taken and/or response:

Staff signature: _____   Date: _____

DEPO #2



# Hearing for Sexual Treatment Need Score Based on Non-Conviction Information
## Connecticut Department of Correction

C11
REV 01/13/12

| | |
|---|---|
| Inmate Name: Mustafa, Justin | Inmate Number: 428663 |
| Facility: Walker CI | Unit: B-24 |
| Date: 01/09/2019 | Time: 11:15  ☒ am ☐ pm |
| Hearing Officer (print): CCS Suggs, Ebonie | Title: Counselor Supervisor |

**Possible Sexual Treatment Need Score Assigned:** _2VN_

**Offender Comments/Documentation:** "If I'm put around any other I/m's in a STN pgm, I will assault them". I was not convicted of assault & battery, all of the charges related to the Beastiality charge were dismissed. I had an assessment in Massachusettes and it was determined that I did not need any sex offender treatment. I would like for you guys to stay in line with the procedures in Mass. Only reason I got convicted of anything was because I shot up the courthouse. I'm not doing time for this charge.

**Hearing Officer comments:** Based on the non-conviction information provided within the police report for the instant offense, a recommendation for a score of 2VN will be made.

**Assigned Score by Hearing Officer:** _2VN_

**Hearing Officer Signature:** Suggs, E., CCS

| | |
|---|---|
| Reviewed by Supervisor (print): Stanley | Title: CJ |

**Supervisor Signature:** [signature]

Upon review by the supervisor, if the supervisor deems that the sexual treatment should should be increased higher than the assigned score, the supervisor will conduct a second hearing. This form will be reviewed with the inmate.

Your signature does not indicate that you agree with the score assigned by Connecticut DOC. It is an ackowledgement that you have been notified of the assigned score. You may formally appeal your Sexual Treatment Needs Score in accordance with Administrative Directive 9.6, Administrative Remedies, using form CN9602.

**I understand that for safety and security purposes, I shall not retain a copy of this document.**

| | |
|---|---|
| Inmate signature: REFUSED TO SIGN - CJ Stanley 1/11/19 | Date: 01/11/19 |
| Staff Witness Name (print): E. Suggs CCS | Date: 01/11/19 |
| Staff Witness Signature: Suggs, E. CCS | |

Staff witness shall indicate if inmate refuses to sign by initialing _(ru)_ refused to sign.

Distribution: Inmate master file, Section 5.

DEPO #3

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: GARNER / FOX

Date: 6-24-19

Inmate name: MUSTAFA, JUSTIN

Inmate number: 428663

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the Instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. ☑** **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. ☐** **I am requesting a Health Services Review:**
☐ All Other Health Care Issues     ☐ Diagnosis/Treatment     Complete Section 4

**C. ☐** **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | Complete Section 4 |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY.
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

Offense: 

Report date:

Facility where hearing was conducted:

Date of hearing:

Did you have an advisor?  ☐ yes ☐ no    If yes, name of advisor:

Did you identify witness (es) to the investigator?  ☐ yes ☐ no   Did your witness (es) testify?  ☐ yes ☐ no

Name(s) of any witness(es):

DEPO #4

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Mustafa, Justin |  |
|---|---|---|
| | Inmate number: 428663 | Housing: F-122 |

### SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

LET IT BE NOTED THAT PRIOR TO FILING THIS GRIEVANCE I DID TRY TO REQUEST A INFORMAL RESOLUTION BY SUBMITTING A CN9601 REQUEST FORM TO MY UNIT MANAGER BUT NEVER RECEIVED A RESPONSE.

PLEASE BE ADVISED THAT ON 5-26-19 DURING INMATE FEEDING ON IPM 1 I WAS ASSAULTED WITH A CUP OF JUICE WHILE BEING SERVED MY DINNER BY C/O PELITIER. BE ADVISED THAT AT APPROX. 4 TO 5PM WHILE BEING SERVED MY MEAL IN CELL# 517 OFC. PELITIER DID USE THE WICKET TO CATAPULT A COLD CUP OF JUICE INTO MY FACE. OFFICER PELITIER MENTIONED THAT THIS WAS SOME TYPE OF RETALIATION FOR THE INCIDENT THAT TOOK PLACE THE DAY BEFORE WHEN I WAS STABBED BY C/O BYARS IN F. BLOCK.

AT THE TIME WHEN C/O PELITIER HIT ME WITH THE JUICE I WAS ONLY WEARING A FERGUSON GOWN ON SUICIDE WATCH. ONCE I WAS SOAKING WET COVERED IN JUICE I WAS LEFT COLD AND NAKED IN MY CELL UNTIL I WAS FINALLY ABLE TO GET A DRY FERGUSON. I AM REQUESTING AN APOLOGY BY C/O PELITIER AND TO BE KEPT AWAY FROM HIM IN THE FUTURE.

Inmate signature: Jam Date: 6-24-19

### SECTION 5: DECISION / OFFICIAL USE ONLY — DO NOT WRITE IN THE SPACE BELOW

Date Received: 6/26/19    IGP #: 136-19-240    T#:

Disposition: Denied    Date of Disposition: 7-22-19

Reason: Your claims are unsubstantiated.

☐ You have exhausted DOC's Administrative Remedies.  ☒ This matter may be appealed to: DA Mulligan

Signature: _____  Date: 7-22-19

DEPO #5

SUBMITTED: 7-25-19 @ 1:30 PM, [illegible]

# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

C REV 1

N 90-13110

| Inmate name: MUSTAFA, JUSTIN | | | Inmate number: 428663 |
|---|---|---|---|
| Facility/Unit: GARNER / FOX | | Housing unit: F-127 | Date: 7-24-19 |
| IGP number: 136-19-240 | | T number: | |

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: LET IT BE NOTED THAT I AM APPEALING THE DECISION MADE TO DENY MY GRIEVANCE ON 7-22-19. THIS DECISION IS NOT SUPPORTED BY FACTS OR EVIDENCE AND MUST BE REVERSED. PRESERVED CAMERA FOOTAGE WILL IN FACT SHOW THAT THIS CLAIM HAS MERIT. THE VIDEO WILL ALSO SHOW THAT I WAS MALICIOUSLY AND SADISTICALLY ASSAULTED WITH A CUP OF JUICE. EVIDENCE WILL SHOW THAT I WAS ATTACKED FOR NO OTHER REASON →PG. 2

Inmate signature: [signed]   Date: 7-24-19

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 8/05/19 | Disposition: Denied | Date of disposition: 08/23/19 |
|---|---|---|

Reasons:
You filed a level 1 grievance appeal regarding staff conduct at Garner C.I. The response from Acting Warden Egan was appropriate. Your claim was reviewed and found to be without merit. Your level 2 grievance appeal is denied.

Level 2 reviewer: [signed] Willie M___

[X] This grievance may be appealed within 5 days to Level 3.
[ ] You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:   Date:

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

DEPO #6

SUBMITTED: 6-24-19 @ 5:41 pm / F-122

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: GARNER/FOX UNIT
Date: 6-24-19
Inmate name: MUSTAFA, JUSTIN
Inmate number: 428663

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**
Follow the instructions and Refer to Section 2 below
(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).

**A.** [✓] I am filing a Grievance.
- Prior to filing a grievance, you must attempt Informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** [ ] I am requesting a Health Services Review.
- [ ] All Other Health Care Issues
- [ ] Diagnosis/Treatment
- Complete Section 4

**C.** [ ] I am filing an Appeal of a (select one below): (Appeals must be filed within 15 days of notification of a decision.)
- [ ] Disciplinary Action > Complete Section 3 below
- [ ] Special Management Decision
- [ ] Classification Decision
- [ ] Media Review Committee Decision
- [ ] Furlough Decision
- [ ] Security Risk Group Designation
- [ ] ADA Decision
- [ ] Determination of Grievance Process Abuse
- [ ] Rejection of Outside Tapes/CDs
- [ ] Rejection of Correspondence
- Complete Section 4

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.
- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION — Complete this Section for a Disciplinary Appeal ONLY.**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

Offense:
Report date:
Facility where hearing was conducted:
Date of hearing:
Did you have an advisor? [ ] yes [ ] no    If yes, name of advisor:
Did you identify witness(es) to the investigator? [ ] yes [ ] no    Did your witness(es) testify? [ ] yes [ ] no
Name(s) of any witness(es):

Depo #7

PG.1

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: MUSTAFA, JUSTIN |
| --- | --- |
| | Inmate number: 428663 — Housing: F-122 |

### SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

LET IT BE NOTED THAT PRIOR TO SUBMITTING THIS GRIEVANCE I DID IN FACT SUBMIT A CN9601 INFORMAL REQUEST FORM TO THE RHU UNIT MANAGER ON 6-5-19, I DID NOT RECEIVE A RESPONSE.

PLEASE BE ADVISED THAT I AM SUBMITTING THIS COMPLAINT IN REGUARDS TO AN INCIDENT THAT OCCURED ON MAY 25TH, 2019 ON FOX UNIT CELL #124 IN WHICH I WAS ASSAULTED WITH A WEAPON BY CORRECTIONAL OFFICER BYARS.

BE ADVISED THAT ON 5-25-19 DURING UNIT FEEDING ON FOX UNIT C/O BYARS ASSAULTED ME WITH A 5 TO 6 INCH METAL KEY BY STABBING ME MULTIPLE TIMES IN MY LEFT HAND AND ULTIMATELY LEAVING A PUNCTURE WOUND THROUGH MY MIDDLE FINGER, C/O BYARS THEN PROCEEDED TO TRY TO BREAK MY HAND BY USING THE CELL DOOR WICKET AS A VICE. C/O BYARS ACTIONS WERE BOTH SADISTIC AND MALICIOUS LEAVING INJURIES THAT REQUIRED TREATMENT AT AN OUTSIDE HOSPITAL. I HAVE LOST ALL FEELING IN MY PINKY AND RING FINGER BECAUSE OF THIS ASSAULT AND HAVE BEEN REFERRED TO A HAND SPECIALIST.

PG. 2 →

Inmate signature: JM   Date: 6-24-19

### SECTION 5: DECISION / OFFICIAL USE ONLY — DO NOT WRITE IN THE SPACE BELOW

| Date Received: 6/26/19 | IGP #: 136-19739 | T#: |
| --- | --- | --- |
| Disposition: Rejected | | Date of Disposition: 7-22-19 |

Reason: The grievance must be filed within 30 calendar days of the occurrence or discovery of the cause of the grievance.

☐ You have exhausted DOC's Administrative Remedies.    ☒ This matter may be appealed to: DA Mulligan

Signature: [signed]   Date: 7-22-19

DEPO #8

Submitted: 7-25-19 @ 1:30 PM / F-127



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: MUSTAFA, JUSTIN   Inmate number: 428663
Facility/Unit: GARNER / FOX   Housing unit: F-127   Date: 7-24-19
IGP number: 136-19-239   T number:

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: LET IT BE NOTED THAT I AM APPEALING THE ENCLOSED GRIEVANCE (IGP#136-19-239) BECAUSE ITS REASONING IS FLAWED THEREFORE MAKING THE DISPOSITION INAPPROPRIATE. BE ADVISED THAT ON 7-22-19 THE GRIEVANCE COORDINATOR REJECTED MY CLAIM OF SERIOUS STAFF MISCONDUCT DUE TO FAILURE TO MEET CN9602 TIME STANDARDS. THE GRIEVANCE COORDINATOR HAS CLAIMED THAT I DID NOT FILE MY COMPLAINT WITHIN THE 30-DAY TIME PERIOD REQUIRED WHICH IS NOT TRUE. I FILED THE ENCLOSED GRIEVANCE ON 6-24-19, THE INCIDENT DESCRIBED HEREIN ⟶ PG.2

Inmate signature: JCM   Date: 7-24-19

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: 8/05/19   Disposition: *Compromised*   Date of disposition: 09/05/19

Reasons: You filed a level 1 grievance appeal regarding staff conduct at Garner C.I. In reviewing your complaint it appears you did submit your grievance on the 30th calendar day. While we have verified that grievances were retrieved on 6/24/19, this occurred very early in the day, leaving considerable time which your grievance could have been submitted. To maintain integrity of the process, you will be allowed to resubmit your grievance within 5 days or receipt of this response and it shall be accepted as timely and given a response based upon the merits of your complaint. Your level 2 grievance appeal is ~~denied~~ COMPROMISED

Level 2 reviewer: William Mulligan

☐ This grievance may be appealed within 5 days to Level 3.
☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:   Date:

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received:   Disposition:   Date of disposition:

Reasons:

Level 3 reviewer:

Depo #9



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Garner / Fox
Date: 8-30-19
Inmate name: Mustafa, Justin
Inmate number: 428663

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the Instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. [✓]** I am filing a Grievance.
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. [ ]** I am requesting a Health Services Review:

| [ ] All Other Health Care Issues | [ ] Diagnosis/Treatment | Complete Section 4 |

**C. [ ]** I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*

| [ ] Disciplinary Action | | > | Complete Section 3 below |
| [ ] Special Management Decision | [ ] Classification Decision | > | |
| [ ] Media Review Committee Decision | [ ] Furlough Decision | > | |
| [ ] Security Risk Group Designation | [ ] ADA Decision | > | Complete Section 4 |
| [ ] Determination of Grievance Process Abuse | [ ] Rejection of Outside Tapes/CDs | > | |
| | [ ] Rejection of Correspondence | > | |

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an Inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | | Report date: | |
| Facility where hearing was conducted: | | | Date of hearing: | |
| Did you have an advisor? | [ ] yes [ ] no | If yes, name of advisor: | | |
| Did you identify witness (es) to the investigator? | | [ ] yes [ ] no  Did your witness (es) testify? | | [ ] yes [ ] no |
| Name(s) of any witness(es): | | | | |

Depo #10

PG. 1

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: MUSTAFA, JUSTIN | |
|---|---|---|
| | Inmate number: 428663 | Housing: F-125 |

### SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

LET IT BE NOTED THAT PRIOR TO FILING THIS GRIEVANCE I DID IN FACT TRY TO RESOLVE THIS MATTER INFORMALLY BY SUBMITTING A CN9601 INMATE REQUEST TO THE UNIT MANAGER BUT NEVER RECEIVED A RESPONSE.

PLEASE BE ADVISED THAT I AM SUBMITTING THIS GRIEVANCE IN ACCORDANCE WITH ADMINISTRATIVE DIRECTIVE 9.4 SECTION 11G, PROGRESSION THROUGH THE CHRONIC DISCIPLINE PROGRAM.

BE ADVISED THAT ON 7-16-19 I WAS PLACED ON CHRONIC DISCIPLINE STATUS BY POPULATION MANAGEMENT. I RECEIVED A COPY OF MY RESTRICTIVE STATUS NOTIFICATION ON 7-30-19. IT HAS NOW BEEN A MONTH SINCE I WAS NOTIFIED OF MY CHRONIC DISCIPLINE STATUS BUT I HAVE BEEN UNABLE TO MAKE IT OUT OF PUNATIVE SEGREGATION AND TO PHASE 1 OF CHRONIC DISCIPLINE. DUE TO MY LACK OF CONTROL, BEHAVIORAL AND MENTAL ISSUES, AS WELL AS MY FEAR OF BEING AROUND OTHER INMATES I HAVE BEEN ON PUNATIVE SEGREGATION STATUS SINCE FEBRUARY 26, 2019 - OVER SIX MONTHS. THIS IS EXCESSIVE.

PURSUANT TO ADMINISTRATIVE DIRECTIVE 9.4 SECTION 11G I HEREBY REQUEST THAT THE UNIT ADMINISTRATOR PRESENT AN ALTERNATIVE COURSE OF ACTION TO THE DISTRICT ADMINISTRATOR. ADDITIONALLY, AND ALSO PURSUANT TO A.D. 9.4 SEC. 11G I AM REQUESTING THAT A RECOMENDATION BE MADE TO BE RETURNED TO MY HOME STATE. I REQUEST THAT THIS RECOMENDATION BE FORWARDED TO THE MASSACHUSETTS INTERSTATE COMPACT OFFICE IN MILFORD, MA.

Inmate signature: [signed]    Date: 8-30-19

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

### SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 9/4/19 | IGP #: 136-20-051 | T#: |
|---|---|---|
| Disposition: Compromised | | Date of Disposition: 10/1/19 |

Reason:
You were transferred back to your home jurisdiction on 9/19/2019.

[X] You have exhausted DOC's Administrative Remedies.    [ ] This matter may be appealed to:

Signature: A. HANNAH    Date: 10-01-19

Depo #11