UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUSTIN C. MUSTAFA,
*Plaintiff*,

v.

CHRISTOPHER BYARS,
*Defendant*.

No. 3:19-cv-1780 (VAB)

## VERDICT FORM

**Part I. Liability under 42 U.S.C. § 1983 – Excessive Force and Deliberate Indifference to Serious Medical Need**

A. Did Justin Mustafa prove by a preponderance of the evidence that Christopher Byars violated his Eighth Amendment rights by using excessive force? Please indicate your answer below.

   Yes: __X__    No: _____

B. Did Justin Mustafa prove by a preponderance of the evidence that Christopher Byars violated his Eighth Amendment rights by demonstrating deliberate indifference to Mr. Mustafa's serious medical need? Please indicate your answer below.

   Yes: _____    No: __X__

*If you have answered "No" in Part I as to both Part I.A and I.B, then you should skip Part II and proceed to Part III. If you have answered "Yes" in Part I as to either Part I.A or I.B, please proceed to Part II below.*

**Part II. Damages under 42 U.S.C. § 1983**

   A. **Compensatory Damages**

   1. If you answered "Yes" as to question I.A or I.B, what amount of compensatory damages, if any, do you award Justin Mustafa for the injuries proximately caused by Christopher Byars?

      Compensatory Damages:   $ __500,000__

B. **Nominal Damages**

1. If you answered "Yes" as to question I.A or I.B, and found that Christopher Byars violated Justin Mustafa's Eight Amendment rights, but did not award Mr. Mustafa any compensatory damages under question II.A.1, you must award Mr. Mustafa $1 in nominal damages.

   Nominal Damages:    $ __0__

C. **Punitive Damages**

1. If you answered "Yes" as to question I.A or I.B, do you find the awarding of punitive damages to Justin Mustafa against Christopher Byars appropriate?

   Yes: _X_  No: ___

   If you answered "Yes" to question II.C.1, what amount of punitive damages, if any, do you award Justin Mustafa against Christopher Byars?

   $ __850,000__

**Part III. Liability under Connecticut Tort Law – Assault**

A. Did Justin Mustafa prove by a preponderance of the evidence that Christopher Byars subjected him to assault? Please indicate your answer below.

   Yes: _X_    No: ___

*If you have answered "No" in Part III, then you should skip Part IV and proceed to Part V. If you have answered "Yes" in Part III, please proceed to Part IV below.*

**Part IV. Damages under Connecticut Tort Law**

A. **Compensatory Damages**

1. If you answered "Yes" as to question III.A, what amount of compensatory damages, if any, do you award Justin Mustafa for the injuries proximately caused by Christopher Byars?

   Compensatory Damages:    $ __500,000__

**B. Nominal Damages**

1. If you answered "Yes" as to question III.A, and found that Christopher Byars subjected Justin Mustafa to an assault, but did not award Mr. Mustafa any compensatory damages under question IV.A.1, you must award Mr. Mustafa $1 in nominal damages.

   Nominal Damages:    $ __0__

**C. Punitive Damages**

1. If you answered "Yes" as to question III.A, do you find the awarding of punitive damages to Justin Mustafa against Christopher Byars appropriate?

   Yes: _X_  No: ___

**Part V. Conclusion of Deliberations**

**Thank you.**

**Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**

__10/3/24__    __3:06__ a.m./p.m.            /s/ _____

Date           Time                          Signature of Foreperson