# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN C. MUSTAFA | ) | CIVIL ACTION NO. |
|     Plaintiff | ) | 3:19-CV-1780 (VAB) |
| | ) | |
| v. | ) | |
| | ) | |
| CAPTAIN STANLEY, EBONIE SUGGS, BYARS, | ) | |
| PELITIER AND LT. SWAN | ) | |
|     Defendants | ) | OCTOBER 30, 2024 |

## DECLARATION OF JEFFREY MCDONALD

I, Jeffrey McDonald, do declare under penalty of perjury that the following is true and correct and is based upon my personal knowledge.

1. I am over the age of eighteen (18) and I understand and believe in the obligations of an oath

2. I am a Partner with Hassett & George, P.C., which has represented Justin Mustafa in reference to the above captioned matter since November of 2020.

3. To date, Hassett & George, P.C. has incurred attorney's fees of $85,908.00. Time was spent on this matter conducting discovery, including attending five (5) depositions, motion practice, including responding to a Motion for Summary Judgment, responding to an appeal to the Second Circuit, and trying this matter to the jury from September 30, 2024 – October 3, 2024, as follows:

| Dates | Description Of Time Entries | Total Time in Hours For Plaintiff's Counsel |
|---|---|---|
| Dec. 18, 2020- Jan. 13, 2021 | Initial client intake; communication with client, and defense counsel, regarding status of case; review client materials | 1.8 |
| Jan. 13, 2021- Feb. 25, 2022 | Discovery and trial preparation, including preparation of damages analysis, and taking of depositions | 43.7 |
| Feb 26, 2022- Apr. 12, 2022 | Opposing defendants' motion for summary judgment | 16.4 |
| Apr 13, 2022- Sep. 15, 2022 | Discovery and trial preparation, including preservation of video evidence; correspondence | 4.1 |

| | | |
|---|---|---|
| | with client and defense counsel regarding motion for summary judgment. | |
| Sep. 16, 2022 - Oct. 5, 2022 | Communication with defense counsel regarding intent to appeal summary judgment decision; communication regarding defense counsel's offer to resolve with defense counsel and client; Opposing defense counsel's appeal | 1.3 |
| Oct 6, 2022 – Nov. 15, 2023 | Oppose defense counsel's appeal to Second Circuit, including preparation of appellate brief. | 6.4 |
| Nov. 16, 2023 - Jun. 24, 2024 | Mediation preparation, including obtaining and reviewing updated medical records, conferences with client regarding mediation, and communications with defense counsel. | 18 |
| Jun. 25, 2024 – Sep. 5, 2024 | Trial preparation including draft trial report, pretrial motions, joint trial report, voir dire questions. Supplementing plaintiff's medical records. Prepare trial examinations. | 14.2 |
| Sep. 6, 2024 – Sep. 29, 2024 | Trial preparation including review of trial exhibits; research and draft jury instructions; revise motions in limine; prepare trial examinations. | 50.7 |
| Sep. 30, 2024 – Oct. 3, 2024 | Prepare for and attend trial | 49.3 |
| Oct. 4, 2024 – Oct. 31, 2024 | Review verdict, and potential post-judgment argument and appellate issues, prepare post-judgment motion regarding attorney's fees | 11.3 |
| | **Total Hours** | **217.2** |
| | Partner Hours Before January 2024 | **68** |
| | Partner Hours After January 2024 | **121.9** |
| | Associate Hours Before January 2024 | **5.3** |
| | Associate Hours After January 2024 | **16.7** |
| | Paralegal Hours Before January 2024 | **.6** |
| | Paralegal Hours After January 2024 | **4.7** |

| Fees | |
|---|---|
| Partner Attorney's Fee (before January 2024) ($395 x 68 hours) | $26,860.00 |
| Partner Attorney's Fee (After January 2024) ($410 x 121.9 hours) | $49,979.00 |
| Associate Attorney's Fee (Before January 2024) (350 x 5.3 hours) | $1,855.00 |
| Associate Attorney's Fee (After January 2024) ($365 x 16.7 ) | $6,095.50 |
| Paralegal Fee (Before January 2024) ($180 x .6) | $108.00 |

| | |
|---|---|
| Paralegal Fee (After January 2024) <br> ($215 x 4.7) | $1,010.50 |
| **Total Fees** | **$85,908.00** |

4. The fees incurred to date are reasonable and were necessary for the prosecution of this matter.

5. When Hassett & George, P.C., began its representation of Plaintiff in 2020, the hourly fee charged for the services of partners was $395 per hour, for associates it was $350, and for paralegals it was $180. Beginning in January of 2024, those rates increased to $410, $365, and $215, respectively. This is reflected in the above table, contained in paragraph 3.

6. Additional fees are likely to be incurred in response to anticipated motion practice and/or appeals.

7. Attached as Exhibit B are invoices that were paid for Defendant depositions in this matter, totaling $1,663.80.

DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S. CODE § 1746

I, Jeffrey O. McDonald, declare under penalty of perjury that the foregoing is true and accurate. Executed on this 30th date of October 30, 2024.

*Jeffrey O. McDonald*