# EXHIBIT B

# INVOICE

1 of 1

**BRANDONLEGALTECH**
Professional Court Reporters & Trial Services

Jeffrey O. McDonald, Esq.
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
T: 860-264-6715

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15146 | 11/1/2021 | 13661 |
| Job Date | Case No. | |
| 10/18/2021 | 3:19-CV-1780 (VAB) | |
| Case Name | | |
| Justin C. Mustafa v. Stanley, et al | | |
| Payment Terms | | |
| Net 30 | | |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Counselor Supervisor Stanley | | | | 184.80 |
| Appearance Fee | 1.00 | @ | 125.000 | 125.00 |
| Web Conference Tech Support | 1.00 | @ | 20.000 | 20.00 |
| Shipping | 1.00 | @ | 20.000 | 20.00 |
| SALES TAX | | | | 22.21 |
| **TOTAL DUE >>>** | | | | **$372.01** |

Make a payment online at www.brandonLT.com

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:      $372.01

Tax ID: 83-2096335

*Please detach bottom portion and return with payment.*

Jeffrey O. McDonald, Esq.
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070

Job No.    : 13661         BU ID    : 1-MAIN
Case No.   : 3:19-CV-1780 (VAB)
Case Name  : Justin C. Mustafa v. Stanley, et al

Invoice No. : 15146        Invoice Date : 11/1/2021
Total Due   : $372.01

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  Brandon Legal Tech, LLC
           37 Pinnacle Mountain Road
           Simsbury, CT 06070

7295-01

# INVOICE

1 of 1

Niziankiewicz Reporting Services, LLC
59 Burnside Avenue, Suite 5
East Hartford, CT 06108
T: 860-290-8000  F: 860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2458 | 2/4/2022 | 4055 |
| Job Date | Case No. | |
| 1/25/2022 | #:19-CV-1780 | |
| Case Name | | |
| Mustafa vs. Captain Stanley | | |
| Payment Terms | | |
| Due upon receipt | | |

Jeffrey O. McDonald, Esquire
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
T: 860-651-1333

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Christopher Byars and Jeffrey McDonald                                    772.70
        Appearance Fee                      1.00    @    120.000    120.00
        Shipping and Handling               1.00    @     10.000     10.00
        SALES TAX                                                    56.69

                              TOTAL DUE >>>                        $959.39

Thank you for your business!

Tax ID: 86-2447164

*Please detach bottom portion and return with payment.*

Jeffrey O. McDonald, Esquire
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070

Job No.     : 4055              BU ID      : 1-MAIN
Case No.    : #:19-CV-1780
Case Name   : Mustafa vs. Captain Stanley

Invoice No. : 2458              Invoice Date : 2/4/2022
Total Due   : $959.39

Remit To:  Niziankiewicz Reporting Services, LLC
           59 Burnside Avenue, Suite 5
           East Hartford, CT 06108

PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

Niziankiewicz Reporting Services, LLC
59 Burnside Avenue, Suite 5
East Hartford, CT 06108
T: 860-290-8000  F: 860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 2438 | 2/3/2022 | 4056 |
| Job Date | Case No. | |
| 1/26/2022 | #:19-CV-1780 | |

| Case Name |
|---|
| Mustafa vs. Captain Stanley |

| Payment Terms |
|---|
| Due upon receipt |

Jeffrey O. McDonald, Esquire
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
T: 860-651-1333

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Ebonie Suggs | | | | | 183.15 |
| Appearance Fee | 1.00 | @ | 120.000 | | 120.00 |
| Shipping and Handling | 1.00 | @ | 10.000 | | 10.00 |
| SALES TAX | | | | | 19.25 |

**TOTAL DUE >>>**   **$332.40**

Thank you for your business!

Tax ID: 86-2447164

*Please detach bottom portion and return with payment.*

Jeffrey O. McDonald, Esquire
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070

Job No.    : 4056          BU ID      : 1-MAIN
Case No.   : #:19-CV-1780
Case Name  : Mustafa vs. Captain Stanley

Invoice No. : 2438          Invoice Date : 2/3/2022
Total Due   : $332.40

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  Niziankiewicz Reporting Services, LLC
           59 Burnside Avenue, Suite 5
           East Hartford, CT 06108