## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| **JUSTIN C. MUSTAFA** | ) | **CIVIL ACTION NO.** |
|       **Plaintiff** | ) | **3:19-CV-1780 (VAB)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **C/O BYARS,** | ) | |
|       **Defendant.** | ) | **DECEMBER 18, 2024** |

_____

### PLAINTIFF'S RESPONSE TO MOVANT-INTERVENOR'S EMERGENCY MOTION TO INTERVENE FOR IMMEDIATE DISCLOSURE OF JUDICIAL DOCUMENTS

Plaintiff, Justin Mustafa, by and through counsel, hereby submits this response to Movant-Intervenor's, ACLU of Connecticut, Emergency Motion to Intervene for Immediate Disclosure of Judicial Documents (Doc. 137), dated December 16, 2024. Plaintiff, through counsel, takes no position on the Movant-Intervenor's motion.

                                          RESPECTFULLY SUBMITTED,
                                          JUSTIN C. MUSTAFA

BY:    */s/ Jeffrey O. McDonald*
            Jeffrey O. McDonald (ct28195)
            Hassett & George, P.C.
            945 Hopmeadow Street
            Simsbury, CT 06070
            Telephone No.: (860) 651-1333
            Facsimile No.: (860) 651-1888
            Email: jmcdonald@hgesq.com

## **CERTIFICATION**

This is to certify that on this 18[h] day of December 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

  /s/ ct28195
Jeffrey O. McDonald, Esq.